UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/14
```

MICHAEL ANDERSON,

            Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
CORRECTION GEORGE R. VIERNO
CENTER; CORRECTION OFFICER
RAMIREZ, SHIELD # 11333;
CORRECTION OFFICER REYES,

            Defendants.

## ORDER OF DISMISSAL

14 Civ. 435 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       May 30, 2014

                                                  SO ORDERED.

                                                  _____
                                                  Paul G. Gardephe
                                                  United States District Judge